IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **LESTER J. SMITH,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-15(MTT) |
| **WARDEN CARL HUMPHREY, et al.,** | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 64). The Magistrate Judge recommends denying the Plaintiff's Motions for Preliminary Injunction.[1] (Docs. 18 & 31). The Plaintiff has not filed an objection to the Recommendation.

The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Plaintiff's Motions for Preliminary Injunction (Docs. 18 & 31) are **denied**.

**SO ORDERED,** this 22nd day of August, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Doc. 31 is a letter which the Magistrate Judge construed as a request for temporary injunctive relief.