IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LESTER J. SMITH, ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 5:12-CV-15 (MTT) |
| CARL HUMPHREY et al., ) | |
| Defendants. ) | |

### ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 168). The Magistrate Judge recommends denying the Plaintiff's "Motion for Order for Outside Medical Care" (Doc. 131) because he has not shown he will suffer irreparable harm absent injunctive relief or that there is a substantial likelihood of success on the merits of his claim.

The Plaintiff has filed an objection to the Recommendation. (Doc. 173; Doc. 176). Pursuant to 28 U.S.C. § 636(b)(1), the Court has considered the Plaintiff's objection and made a de novo determination of the portions of the Recommendation to which the Plaintiff objects.

The Recommendation is **ADOPTED** and made the **ORDER** of the Court. The Plaintiff's motion is **DENIED**.

**SO ORDERED**, this 31st day of July, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT