IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LESTER J. SMITH, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-15 (MTT) |
| CARL HUMPHREY et al., | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 196). The Magistrate Judge recommends granting the Defendants' motion for summary judgment (Doc. 174) because the Plaintiff has presented insufficient evidence to create a genuine dispute as to any material fact and the Defendants are entitled to judgment as a matter of law.

The Plaintiff has objected to the Recommendation. (Docs. 197, 198). Pursuant to 28 U.S.C. § 636(b)(1), the Court has considered the Plaintiff's objection and made a de novo determination of the portions of the Recommendation to which the Plaintiff objects.

The Recommendation is **ADOPTED** and made the **ORDER** of the Court. The Defendants' motion for summary judgment is **GRANTED**.

**SO ORDERED**, this 28th day of February, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT